UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHERYL M. OLDHAM, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>)<br>Defendant. ) | 1:06-cv-1123-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Cheryl M. Oldham is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her applications filed on December 8, 2003, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).


Date: 09/10/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net